**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>CHASITY COY, )<br>)<br>DEFENDANT ) | CRIMINAL NO. 10-159-P-H |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On February 3, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Defendant's Motion to Suppress. The defendant filed her objection to the Recommended Decision on February 22, 2011. I have reviewed and considered the Recommended Decision and the suppression hearing transcript, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to suppress is **DENIED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF MARCH, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**